**Order entered July 25, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00976-CV

**JOSEPH ABUZAID, Appellant**

**V.**

**EFYU JO, L.L.C., AS ASSIGNEE AND SUCCESSOR IN INTEREST TO MODJARRAD & ASSOCIATES, P.C., D/B/A MAS LAW FIRM, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-06551**

## ORDER

Appellant Joseph Abuzaid has filed a Notice of Bankruptcy Case Filing stating that he is the subject of a bankruptcy proceeding pending in the United States Bankruptcy Court for the Northern District of California. This automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See* TEX. R. APP. P. 8.3.

/s/    LANA MYERS
        JUSTICE